United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AILHIN LOIRET ALVAREZ LOPEZ, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02798 |
| | § | |
| MARTIN FRINK, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

As of April 7, 2026, Petitioner Ailhin Loiret Alvarez Lopez was in custody of United States Department of Homeland Security, Immigration and Customs Enforcement officials at the Houston Contract Detention Facility in Houston, Texas. Mary Barrios ("Barrios"), purporting to act as next friend, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his detention. Doc. #1. On April 16, 2026, United States Magistrate Judge Dena H. Palermo sent Petitioner and Barrios a notice of deficient pleading, instructing Barrios to file a motion to proceed as next friend for Petitioner or, alternatively, for Petitioner to file an amended petition under his own signature within thirty days. Doc. #7. Judge Palermo's order expressly warned Petitioner that his case could be dismissed if he failed to comply as directed.

To date, neither Barrios nor Petitioner have responded to the Court's orders or otherwise complied. Petitioner's failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a

court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order). Petitioner is advised that upon a proper showing of good cause for his failure to comply with the Court's orders, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, any motion filed under Rule 60(b) must be accompanied by either a motion to proceed as next friend or an amended petition under Petitioner's own signature.

Accordingly, it is ORDERED that this action be DISMISSED WITHOUT PREJUDICE for want of prosecution. Any pending motions are DENIED as MOOT. The Clerk is DIRECTED to close this case.

**The Clerk of Court shall send both Petitioner Ailhin Loiret Alvarez Lopez and Mary Barrios a copy of this order.**

It is so ORDERED.

JUL 2 1 2026

Date

The Honorable Alfred H. Bennett
United States District Judge